**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER HARVIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    Civil Action File No.: |
| v. | ) |
| | )    1:21-CV-3355-MHC |
| JPMORGAN CHASE BANK, | ) |
| N.A., NATIONWIDE TITLE | ) |
| CLEARING, WARGO & | ) |
| FRENCH, L.P., KUTAK ROCK, | ) |
| L.P. and ALDRIDGE PITE, L.P. | ) |
| | ) |
|    Defendants. | ) |

**DEFENDANT KUTAK ROCK LLP'S MOTION TO DISMISS**
**FOR FAILURE TO STATE A CLAIM UNDER F.R.C.P 12(b)(6)**

COMES NOW Defendant Kutak Rock LLP[1] ("Kutak") and moves under and

in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure for

dismissal of the Complaint in this case for failure to state a claim upon which relief

can be granted.  Kutak shows in support of its motion that the three-count Complaint

filed by Plaintiff Alexander Harvin ("Harvin") fails to allege a plausible cause of

action under the federal and state RICO statutes; fails to state a claim based upon the

---

[1] Plaintiff Harvin misidentifies Kutak in the caption and body of the Complaint as
"Kutak Rock, L.P."  The correct law firm name is Kutak Rock LLP.

theory of civil conspiracy; and is precluded as a matter of law arising from the decisions and determinations in the more than eight similar lawsuits filed by Harvin involving the same claims and subject matter.  In support of its Motion to Dismiss, Kutak submits its Memorandum of Law in support of its Motion to Dismiss and prays that the Court upon review dismiss the Complaint in full with prejudice.

Respectfully submitted this 20th day of October 2021.

MOZLEY, FINLAYSON & LOGGINS, LLP


*/s/ John R. Lowery*
John R. Lowery
Georgia Bar No. 460175
*Counsel for Defendant Kutak Rock LLP*

1050 Crown Pointe Parkway
Suite 1500
Atlanta, GA 30338
Telephone: 4-04-256-0700
Facsimile: 404250-9355
jlowery@mfllaw.com

## CERTIFICATE OF SERVICE

I certify that on October 20, 2021, I filed the foregoing **DEFENDANT**

**KUTAK ROCK LLP'S MOTION TO DISMISS** with the Clerk of Court using

the CM/ECF system and by U.S. mail with sufficient first-class postage to the

following:

ALEXANDER R. HARVIN
*Pro Se*
P. O. Box 82665
Conyers, Georgia 30013

Michelle L. McClafferty
LAWRENCE & BUNDY LLC
1180 West Peachtree Street, NW
Suite 1650
Atlanta, Georgia 30309

Shanon J. McGinnis
WARGO FRENCH
999 Peachtree Street, NE
Suite 2600
Atlanta, Georgia 30309

This 20th day of October 2021.

*/s/ John R. Lowery*
John R. Lowery, Esq.
Georgia Bar No. 460175

MOZLEY, FINLAYSON & LOGGINS, LLP
1050 Crown Pointe Parkway
Suite 1500
Atlanta, GA 30338

Telephone: 404-256-0700
Facsimile: 404-250-9355
jlowery@mfllaw.com