# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Alexander Harvin, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 1:21-CV-03355-MHC |
| JPMorgan Chase Bank, N.A., Nationwide Title Clearing, Wargo & French, L.P., Kutak Rock, L.P., Aldridge Pite, L.P., | ) |
| Defendants. | ) |

## DEFENDANTS' JOINT MOTION TO STAY INITIAL DISCOVERY DEADLINES

In the interest of efficiency and judicial economy, and as set out in the accompanying brief, Defendants JPMorgan Chase Bank, N.A. ("Chase"), Kutak Rock LLP ("Kutak"), Wargo & French, LLP ("Wargo"), and Aldridge Pite, LLP ("Aldridge") (collectively, "Defendants") hereby move for a stay, until the Court rules on Defendants' pending motions to dismiss for failure to state a claim, of the initial discovery deadlines stated in Local Rule 16.1 (early planning conference), Local Rule 16.2 (joint preliminary report and discovery plan), Local Rule 26.1(A) (initial disclosures), and of any obligation to respond to any discovery served by

1

pro se Plaintiff Alexander Harvin. If Defendants' motions to dismiss are denied, Defendants respectfully request the aforementioned initial discovery deadlines run from the date Defendants must file their answers (fourteen days after notice of the Court's action on the motions to dismiss under Federal Rule of Civil Procedure 12(a)(4)). In support of this Motion, Defendants rely on and incorporate herein the accompanying Brief in Support.

Respectfully submitted this 25th day of October, 2021.

**Allegra J. Lawrence**
Allegra J. Lawrence (Georgia Bar No. 439797)
Michelle McClafferty (Georgia Bar No. 161970)
Rodney J. Ganske (Georgia Bar No. 283819)
Attorneys for Defendant
LAWRENCE & BUNDY LLC
1180 West Peachtree Street, NW, Suite 1650
Atlanta, Georgia 30309
Telephone: (404) 400-3350
Facsimile: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
michelle.mcclafferty@lawrencebundy.com
rod.ganske@lawrencebundy.com

**John R. Lowery**
John R. Lowery (Georgia Bar No. 460175)
Attorney for Defendant Kutak Rock LLP
MOZLEY, FINLAYSON & LOGGINS, LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, GA 30338
Telephone: 404-256-0700
Facsimile: 404-250-9355
jlowery@mfllaw.com

**Shanon J. McGinnis**
Shanon J. McGinnis
Attorney for Defendant Wargo French, LLP
WARGO FRENCH, LLP
999 Peachtree Street, NE, 26th Floor
Atlanta, GA 30309
Telephone: 404.853.1500
smcginnis@wargofrench.com

**Dallas R. Ivey**
Dallas R. Ivey (Georgia Bar No. 385145)
Christopher J. Reading (Georgia Bar No. 141761)
Attorneys for Aldridge Pite, LLP
ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Telephone: 404.994.7460
Facsimile: 888.387.6828
creading@aldridgepite.com
divey@aldridgepite.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, I electronically filed **DEFENDANTS' JOINT MOTION TO STAY INITIAL DISCOVERY DEADLINES** and **DEFENDANTS' BRIEF IN SUPPORT OF JOINT MOTION TO STAY INITIAL DISCOVERY DEADLINES** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> Dallas R. Ivey
> Christopher Reading
> John R. Lowery
> Shanon J. McGinnis

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Alexander Harvin
> P.O. Box 82665
> Conyers, GA 30013

> **Allegra J. Lawrence**
> Allegra J. Lawrence
> Georgia Bar No. 439797
> Attorney for Defendant

LAWRENCE & BUNDY LLC
1180 West Peachtree Street, NW, Suite 1650

Atlanta, Georgia 30309
Telephone: (404) 400-3350