**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXANDER HARVIN, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:21-CV-3355-MHC |
| JP MORGAN CHASE, N.A.; NATIONWIDE TITLE CLEARING; WARGO & FRENCH, L.P.; KUTAK ROCK, L.P; and ALDRIDGE PITE, L.P., | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of defendants' motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 28th day of April, 2022.

              KEVIN P. WEIMER
              CLERK OF COURT


            By: __s/Jill Ayers__
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 28, 2022
Kevin P. Weimer
Clerk of Court

By: __s/Jill Ayers__
   Deputy Clerk