IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 10 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Case # 1: 21-CV-3355

Alexander Harvin,
    Plaintiff

Vs.
JPMorgan Chase Bank, N.A.
Nationwide Title Clearing,
Wargo & French, LLP
Kutak Rock, LLP
Aldridge Pite, LLP
    Defendants
_____/

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Alexander Harvin, appeals the order entered in this case on April 27, 2022, and the judgment entered in this case on April 28, 2022.

The nature of the order is a final judgment rendered by the District Court in this proceeding.

Respectfully Submitted,

_____
ALEXANDER HARVIN
In Pro Se
P. O. Box 82665
Conyers, Ga. 30013
(770) 841-0784
legalvisionllc@gmail.com

## CERTIFICATE OF SERVICE

A TRUE AND CORRECT COPY of this Notice of Appeal was delivered by U.S. Mail to the following parties:

Gregory S Krivo
McCalla Raymer Liebert Pierce
1544 Old Alabama Rd
Roswell, Ga. 30076

Shanon J. McGinnis
Wargo French LLP
999 Peachtree Street NE
26th Floor
Atlanta, Ga. 30309

John Roger Lowery
1050 Crown Pointe Parkway
Suite 1500
Atlanta, Ga. 30338

Christopher Reading
Aldridge Pite LLP
3575 Piedmont Rd NE
Suite 500
Atlanta, Ga. 30305

Jeremy Ross
1170 Peachtree Street
Suite 1925
Atlanta, Ga. 30309

_____
ALEXANDER HARVIN
In Pro Se

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

**FROM:**

**P. O. BOX 82665**

**CONYERS, GA. 30013**

**TO:**

**CLERK'S OFFICE**

**2211 U. S. COURTHOUSE**

**75 TED TURNER DR SW**

**ATLANTA, GA. 30303-3309**

